**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                       NO. 4:05CR00009-002 SWW

MICHAEL STARKEY

### ORDER

The above entitled cause came on for hearing on the petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of defendant's admissions, the Court found that defendant has violated the conditions of his probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke probation is granted, and the probation previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ELEVEN (11) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located at Forrest City, Arkansas, and that he participate in a non-residential substance abuse treatment program and educational and vocational programs while incarcerated.

Upon release from imprisonment, defendant shall serve a term of TWO (2) YEARS of supervised release. In addition to conditions previously imposed for his term of probation, defendant shall be subject to the following special conditions of supervised release:

1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

2. Defendant shall adhere to the directions of the U. S. Probation Office with respect to employment.

The balance of the restitution previously imposed in the amount of $2,290.61 remains due and shall be payable during incarceration and supervised release. During her incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed.  During his term in community confinement and during supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income.

Defendant remains subject to completion of the 50 hours of unsatisfied community service previously ordered.

All other terms and conditions that defendant was subject to during his previous term of probation shall remain in full force and effect, along with the above special conditions of supervised release.

Defendant, having admitted that he will test positive in a drug screen, is remanded to the custody of the United States Marshal[1] to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 31st day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court initially was going to allow defendant to report for service of his sentence on March 5, 2007. Upon the Court's direction that he be drug tested, defendant voluntarily admitted that he likely would test positive. Therefore, the Court detained defendant.