```
                  IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF ARKANSAS
                            WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:05CR00009-002   SWW

MICHAEL STARKEY

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #109] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of ***ELEVEN (11) MONTHS*** imprisonment in the custody of the Bureau of Prisons.

The Court recommends that defendant be incarcerated at Forrest City, Arkansas and that he participate in a residential or non-residential substance abuse program.

There will be **no** supervised release to follow.

Restitution in the amount of $2,149.59 is mandatory and is payable as follows:

> During incarceration the defendant will pay 50% per month of all funds that are available to him.  During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the

      defendant's monthly gross income until the balance due has been paid in full.  The interest requirement is waived.

The defendant is ordered to report to the United States Marshal's Office by noon on **Monday, January 11, 2010** to begin the service of the sentence imposed.  Defendant to remain on present conditions of release pending report date.

IT IS SO ORDERED this 17th day of December 2009.

                                            <u>/s/Susan Webber Wright</u>

                                            United States District Judge